## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| HERMAN SMITH, }<br>       *Plaintiff* }<br>v. }<br> }<br>LYONDELL CITGO REFINING LP AND }<br>AGENTS DAN SMITH, BILL THOMPSON, }<br>JIM DANIEL, GREG NEVERMAN, JOHN }<br>FINCK, LISA MCCORQUODALE, STEVE }<br>LOTT, STEVE MCCARTHY, LINDA LAMB, }<br>GORDON C. CONTI, CHRIS JEWELL }<br>       *Defendants* | CIVIL ACTION NO. H-04-0616 |

## **FINAL SUMMARY JUDGMENT**

On this day, March 10, 2006, in the action pending between Plaintiff, Herman Smith, and Defendants, Lyondell Citgo Refining LP, Dan Smith, Bill Thompson, Jim Daniel, Greg Neverman, John Fink, Lisa McCorquodale, Steve Lott, Steve McCarthy, Linda Lamb, Gordon C. Conti, and Chris Jewell, the court issued its Memorandum Opinion and Order that Plaintiff's claims must be dismissed as a matter of law, and the court hereby

**ORDERS** that Plaintiff take nothing and that Defendants are awarded their costs.

**SIGNED** at Houston, Texas, this 9th day of March, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE